UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN SURABIAN, and STEVEN
SURABIAN TRUSTEE FOR THE
RICHARD SURABIAN IRREVOCABLE
TRUST,
    Plaintiffs,

v.                                                                  Civ. No. 1:11-cv-10053-DPW

HSBC BANK USA, NA as TRUSTEE FOR
SEQUOIA MORTGAGE TRUST 2004-6,
    Defendant.

## **PLAINTIFF'S STATEMENT**

The parties in the above-entitled matter hereby could not agree on a Joint Statement, pursuant to Feb. R. Civ. P. 26 (f), L.R. 16.1 and this Court's Notice of Scheduling Conference. Plaintiff and Defendant have agreed on most of what is proposed by the Plaintiff except that Plaintiff and Defendant could not agree on the date to dispose of Pending Motions. Plaintiff does not want a May dead line for Motions filed under Rule 12, 15, 19 and 20, Defendant's Pre Trial Schedule #2, when the Defendant did not put a deadline on other Motion filed under other Rules such as Rule 21, 22, etc. Plaintiff contends the Rules themselves dictate the time schedule. Plaintiff in regards to Privileged Matters, contends that if a party is protected under the Law there is no need to state what the Defendant wants agreed to. Plaintiff also disagrees with Defendant's Pre Trial Schedule #6, Plaintiff can not agree to a Motion for Summary Judgment, if one is filed by the Defendant, the Plaintiff will object and Plaintiff does not want the fact that a dead line was

established for Summary Judgment. Plaintiff proposes all motions to be filed by January, 13, 2012, and this covers Summary Judgment as well as all other Motions.

## OBLIGATION OF COUNSEL TO CONFER

1. Matters to be discussed

    2. Pretrial schedule

    3. Considering whether to consent to trial by magistrate judge

## SETTLEMENT PROPOSALS

## JOINT STATEMENT

1. Discovery scheduling

2. Schedule for filing motions

3. Certifications

## OBLIGATION OF COUNSEL TO CONFER

Counsels did confer within 17 days of the scheduled Conference

## MATTERS TO BE DISCUSSED

1. The Removal from Massachusetts Superior Court to the United States District Court

2. Disposing of Pending Motions

    a. Motion to Remand

    b. Motion to Strike

    c. Notice Default

## PRETRIAL SCHEDULING

The parties propose the following Pre-Trial Schedule:

1. Parties shall serve their initial disclosures on or before April 29, 2011.

## PLAINTIFF'S STATEMENT

1. Discovery scheduling

    a. All written discovery requests served on or before August 31, 2011.

    b. All non-expert depositions to be completed by October 31, 2011.

    c. Disclosure of Expert testimony and Written reports on or before December 30, 2011.

2. Scheduling for filing motions

    a. All motions shall be served on or before January, 13, 2012.

## TRIAL BY MAGISTRATE JUDGE

The Parties Demand Trial by Jury on all issues.

## MEDIATION AND ADR

The parties have not yet agreed to mediate this matter through the ADR program sponsored by the Federal District Court.

## DISCOVERY LIMITATIONS

Discovery event limitations shall be consistent with the limitations contained in Local Rule 26.1(C).

## SETTLEMENT

The Plaintiff has on March 23, 2011, mailed to the Defendant's attorney, two Settlement proposals.

## CERTIFICATIONS PURSUANT TO L.R. 16.1(D)(3)

The parties will separately file Certifications pursuant to Local Rule 16.1(D)(3).

Plaintiff, being Pro se agrees that they complied with L.R. 16.1 (D)(3) (a & b).

Respectfully submitted,

STEVEN SURABIAN and STEVEN
SURABIAN TRUSTEE FOR THE
RICHARD SURABIAN IRREVOCABLE
TRUST

Pro se

*/s/ Steven Surabian*
Steven Surabian
P. O. Box 39
W. Hyannisport, MA 02672
508-688-4613

Date: March 29, 2011.

## CERTIFICATE OF SERVICE

I, Steven Surabian hereby certify that on this 29, day of March, 2011, a copy of the above was mailed, postage paid 1st class U.S. Mail to, Young B. Han, Esq., Prince, Lobel, Glovsky & Tye LLP, 100 Cambridge Street, Suite 2200, Boston, MA 02114.

*/s/ Steven Surabian*
Steven Surabian