UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN SURABIAN, and STEVEN SURABIAN TRUSTEE FOR THE RICHARD SURABIAN IRREVOCABLE TRUST. <br><br> Plaintiffs, <br><br> v. <br><br> HSBC BANK USA, NA as TRUSTEE FOR SEQUOIA MORTGAGE TRUST 2004-6 <br><br> Defendant. | CIVIL ACTION NO. <br> 11-10053-DPW |

## MOTION FOR APPOINTMENT OF COUNSEL.

NOW COMES the Pro se Plaintiff Steven Surabian's Motion to appoint counsel Pro Bono. I have attached a copy my Affidavit Or Declaration In Support Of Motion For Leave to Proceed in Forma Pauperis. Lawyers I have contacted tell me off the record that they do not want to get involved against banks even though fraud may be involved. That only makes it worse, they claim banks are too powerful. The Courts know there is Fraud involved by the banks but claim I have not expressed it properly. For these reasons I need counsel.

_____
Steven Surabian Pro se
P.O. Box 397
W. Hyannisport, MA 02672
(508) 688-4613

_____
Steven Surabian Trustee Pro se
1230 Rt. 28
S. Yarmouth, MA 02664
(508) 688-4613

Date: April 3, 2012

## CERTIFICATE OF SERVICE

I certify a copy of this Motion For Appointment Of Counsel has been mailed 1st. Class US Mail postage prepaid this 3rd day of April, 2012 to Richard E. Briansky and Young B. Han, Prince, Lobel, Glovsky & Tye LLP 100 Cambridge Street, Suite 2200 Boston, MA 02114.

*[signature]*
Steven Surabian