## AFFIDAVIT OR DECLARATION
## IN SUPPORT OF MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

I, STEVEN SURABIAN, am the petitioner in the above-entitled case. In support of my motion to proceed *in forma pauperis*, I state that because of my poverty I am unable to pay the costs of this case or to give security therefor; and I believe I am entitled to redress.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $300 | $ | $300 | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child Support | $ | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ | $ | $ | $ |
| Unemployment payments | $ | $ | $ | $ |
| Public-assistance (such as welfare) | $ | $ | $ | $ |
| Other (specify): _____ | $ | $ | $ | $ |
| **Total monthly income:** | $300 | $ | $300 | $ |

2. List your employment history for the past two years, most recent employer first. Gross monthly pay is before taxes or other deductions.

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Self | 1270 RS 28 S. Yarmouth MB. 02664 | | $ |
| | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $_____
Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Cape Cod Co-op | Savings | $ 500 | $ |
| | Checking | $ 50 | $ |
| | | $ | $ |

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

☐ Home
   Value None

☐ Other real estate
   Value None

☐ Motor Vehicle #1
   Year, make & model 86 H.D
   Value $1,500

☐ Motor Vehicle #2
   Year, make & model 86 #1
   Value None

☐ Other assets
   Description _____
   Value None

6. State every person, business or organization owing you or your spouse money. Identify the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
|  | $ | $ |
|  | $ | $ |
| Nowa | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
|  |  |  |
| Nowa |  |  |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real estate taxes included? ☐ Yes ☒ No   Is property insurance included? ☐ Yes ☒ No | $ Nowa | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 250 — | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ 150 — | $ |
| Clothing | $ 50 — | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ 300 — | $ |

a. Do you expect any major changes [illegible] to the [illegible]
liabilities during the next 12 months?

☐ Yes   ☑ No    If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?   ☐ Yes   ☑ No

    If yes, how much? _____

    If yes, state the attorney's name, address, and telephone number:

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    ☐ Yes   ☑ No

    If yes, how much? _____

If yes, state the person's name, address, and telephone number:

12. Provide any other information that will help explain why you cannot pay the costs of this case.
BANKS HAVE PLACED LOANS ON ALL MY PROPERTY USING FRAUDULENT FORGED MORTGAGES & NOTES LEAVING NO EQUITY AND MY MADOFF ACCOUNT, AS OF NOW HAVE NO VALUE.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: MARCH 9, 2012

*(Signature)*         *(Signature)*

NANCY POPLASKY
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES 12/05/2014